B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Brown's Chicken & Pasta, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-2555405** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**489 W. Fullerton Ave.**<br>**Elmhurst, IL**<br>ZIP Code **60126** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Brown's Chicken & Pasta, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Brown's Chicken & Pasta, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Richard N. Golding**
   Signature of Attorney for Debtor(s)

   **Richard N. Golding  0992100**
Printed Name of Attorney for Debtor(s)

   **Law Offices of Richard N. Golding, PC**
Firm Name

   **500 North Dearborn Street**
   **Second Floor**
   **Chicago, IL 60610-4900**
Address

     **Email: RGOLDING@GOLDINGLAW.NET**
   **(312) 832-7885  Fax: (312) 755-5720**
Telephone Number

   **December 29, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Toni Portillo**
   Signature of Authorized Individual

   **Toni Portillo**
Printed Name of Authorized Individual

   **President**
Title of Authorized Individual

   **December 29, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Brown's Chicken & Pasta, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Absolute Vision Productions 1785 W. Cortland Court Addison, IL 60101 | Absolute Vision Productions 1785 W. Cortland Court Addison, IL 60101 | Business Debt | | 20,000.00 |
| American Express 2965 W. CORPORATE LAKES BLVD Weston, FL 33331-3626 | American Express 2965 W. CORPORATE LAKES BLVD Weston, FL 33331-3626 | Business Debt | | 95,679.41 |
| ANDREAS VLAHOS 1107 JONATHAN DR INVERNESS, IL 60010 | ANDREAS VLAHOS 1107 JONATHAN DR INVERNESS, IL 60010 | Business Debt | | 14,966.86 |
| BONNIE L. KENNEFICK 50 W. LESLIE LANE Villa Park, IL 60181 | BONNIE L. KENNEFICK 50 W. LESLIE LANE Villa Park, IL 60181 | Business Debt | | 9,900.00 |
| CATALYST CONSTRUCTION GROUP 2514 W. ARMITAGE SUITE 208 Chicago, IL 60647 | CATALYST CONSTRUCTION GROUP 2514 W. ARMITAGE SUITE 208 Chicago, IL 60647 | Business Debt | | 16,214.25 |
| Cook County Treasurer | Cook County Treasurer | Real Estate Taxes | | 45,146.12 |
| DIVINCENZO SCHOENFIELD SWARTZMAN 33 NORTH LASALLE 29TH FLOOR CHICAGO, IL 60602 | DIVINCENZO SCHOENFIELD SWARTZMAN 33 NORTH LASALLE 29TH FLOOR CHICAGO, IL 60602 | Business Debt | | 243,645.49 |
| Frank Portillo, Jr. | Frank Portillo, Jr. | unpaid wages | | 100,000.00 |
| GONNELLA BAKING CO. 2758 EAGLE WAY Chicago, IL 60678-1027 | GONNELLA BAKING CO. 2758 EAGLE WAY Chicago, IL 60678-1027 | Business Debt | | 5,694.84 |
| Illinois Department of Revenue Retailers Occupation Tax Springfield, IL 62796 | Illinois Department of Revenue Retailers Occupation Tax Springfield, IL 62796 | Retailers Occupation Tax | | 20,863.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Brown's Chicken & Pasta, Inc.**                  Case No. _____

                         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **J. Kennefick Consulting, Inc.**<br>**27 Briarwood Lane**<br>**Indianhead Park, IL 60525** | J. Kennefick Consulting, Inc.<br>27 Briarwood Lane<br>Indianhead Park, IL 60525 | **Business Debt** | **Contingent**<br>**Unliquidated** | 315,673.63 |
| **Joan Portillo** | Joan Portillo | **unsecured note** | | 7,000.00 |
| **MAHONEY ENVIRONMENTAL**<br>**37458 EAGLE WAY**<br>**Chicago, IL 60678-1374** | MAHONEY ENVIRONMENTAL<br>37458 EAGLE WAY<br>Chicago, IL 60678-1374 | **Business Debt** | | 3,114.67 |
| **MOUNT PROSPECT PLAZA OWNER, LLC.**<br>**13987 COLLECTIONS CTR DR.**<br>**Chicago, IL 60693** | MOUNT PROSPECT PLAZA OWNER, LLC.<br>13987 COLLECTIONS CTR DR.<br>Chicago, IL 60693 | **Business Debt** | | 25,533.43 |
| **REINHART FOODSERVICE, LLC.**<br>**251 CENTRAL AVENUE**<br>**UNIVERSITY PARK, IL 60466** | REINHART FOODSERVICE, LLC.<br>251 CENTRAL AVENUE<br>UNIVERSITY PARK, IL 60466 | **Business Debt** | | 57,669.93 |
| **SCHMIDT, SALZMAN & MORAN, LTD.**<br>**111 WEST WASHINGTON SUITE 1300**<br>**Chicago, IL 60602** | SCHMIDT, SALZMAN & MORAN, LTD.<br>111 WEST WASHINGTON SUITE 1300<br>Chicago, IL 60602 | **Business Debt** | | 4,512.00 |
| **STEVE ERBY**<br>**6455 S. ARTESIAN**<br>**Chicago, IL 60629** | STEVE ERBY<br>6455 S. ARTESIAN<br>Chicago, IL 60629 | **Business Debt** | | 10,655.50 |
| **Valassis Direct Mail, Inc.**<br>**One Targeting Centre**<br>**Windsor, CT 06095** | Valassis Direct Mail, Inc.<br>One Targeting Centre<br>Windsor, CT 06095 | **Business Debt** | | 68,143.78 |
| **VALPAK OF CHICAGO SOUTH**<br>**5101 W. 159TH ST.**<br>**Oak Forest, IL 60452** | VALPAK OF CHICAGO SOUTH<br>5101 W. 159TH ST.<br>Oak Forest, IL 60452 | **Business Debt** | | 11,656.00 |
| **WISHING WELL PLAZA C/O Z. BRODKIN**<br>**1515 ASTOR ST.,#25-C**<br>**Chicago, IL 60610** | WISHING WELL PLAZA C/O Z. BRODKIN<br>1515 ASTOR ST.,#25-C<br>Chicago, IL 60610 | **Business Debt** | | 3,500.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Brown's Chicken & Pasta, Inc.**                                          Case No. _____
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 29, 2009**                    Signature    **/s/ Toni Portillo**
                                            **Toni Portillo**
                                            **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Brown's Chicken & Pasta, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**Portillo, Inc.**<br>**5660 S. Monroe**<br>**Hinsdale, IL 60521** | | | | **motor vehichle lien**<br><br>**2005 Ford Econoline 2-D Cargo Van**<br>**VIN 1FTRE14W65HB11769**<br>**Plate 37313H-B**<br><br>Value $          **Unknown** | | | | **1,105.47** | **Unknown** |
| Account No.<br><br>**Portillo, Inc.**<br>**5660 S. Monroe**<br>**Hinsdale, IL 60521** | | | | **motor vehichle lien**<br><br>**2005 Ford Econoline 2-D Cargo Van**<br>**VIN 1FTRE14W85HB43042**<br>**Plate 37028H-B**<br><br>Value $          **Unknown** | | | | **1,186.53** | **Unknown** |
| Account No.<br><br>**Portillo, Inc.**<br>**5660 S. Monroe**<br>**Hinsdale, IL 60521** | | | | **motor vehichle lien**<br><br>**2006 Chevy G3500 Express Carry All VIN 1GBJG31U761206572**<br><br>Value $          **Unknown** | | | | **8,544.48** | **Unknown** |
| Account No.<br><br><br><br> | | | | <br><br>Value $ | | | | | |

**0**   continuation sheets attached

|  | Subtotal<br>(Total of this page) | **10,836.48** | **0.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **10,836.48** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Brown's Chicken & Pasta, Inc.**                                                    ,    Case No. _____
                                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts *not* entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Brown's Chicken & Pasta, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **A. BARR SALES, INC.** <br> **8130 W. 47TH STREET** <br> **Lyons, IL 60534** | | - | | **Business Debt** | | | | 40.00 |
| Account No. <br><br> **Absolute Vision Productions** <br> **1785 W. Cortland Court** <br> **Addison, IL 60101** | | | | **Business Debt** | | | | 20,000.00 |
| Account No. xxxxxx8800 <br><br> **ADVANCE GLASS SERVICE, INC.** <br> **5112 W IRVING PARK ROAD** <br> **Chicago, IL 60641** | | - | | **Business Debt** | | | | 687.50 |
| Account No. <br><br> **Air Tech Systems** <br> **8229 N Odell Ave** <br> **Niles, IL 60714** | | - | | **Business Debt** | | | | 412.00 |

__15__ continuation sheets attached

Subtotal
(Total of this page)

21,139.50

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:37054-091116   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brown's Chicken & Pasta, Inc.**                              ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx5012** <br><br> **ALARM DETECTION SYSTEMS, INC.** <br> **1111 CHURCH ROAD** <br> **Aurora, IL 60505** | - | | Business Debt | | | | 265.17 |
| Account No. <br><br> **ALL AMERICAN PAPER CO.** <br> **14 PLAZA DRIVE** <br> **Westmont, IL 60559** | - | | Business Debt | | | | 418.45 |
| Account No. **xxxxx0980** <br><br> **ALLIED INSURANCE** <br> **3901 W. 95TH STREET** <br> **Evergreen Park, IL 60805** | - | | Business Debt | | | | 1,206.01 |
| Account No. **xxxx-xxxxxx-x6008** <br><br> **American Express** <br> **Credit Dept.** <br> **P.O. Box 981540** <br> **El Paso, TX 79998-1540** | X - | | Business Debt | | | | 500.00 |
| Account No. **xxxx-xxxxxx-x1090** <br><br> **American Express** <br> **2965 W. CORPORATE LAKES BLVD** <br> **Weston, FL 33331-3626** | X - | | Business Debt | | | | 95,679.41 |

Sheet no. __1__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **98,069.04**

B6F (Official Form 6F) (12/07) - Cont.

In re **Brown's Chicken & Pasta, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| **ANDREAS VLAHOS** **1107 JONATHAN DR** **INVERNESS, IL 60010** | - | | | | | | | 14,966.86 |
| Account No. | | | | utility | | | | |
| **AT&T-AURORA** **P.O. BOX 8100** **Aurora, IL 60507-8100** | - | | | | | | | 506.95 |
| Account No. | | | | Business Debt | | | | |
| **BLUE MEDICARE RX** **P.O. BOX 660112** **Dallas, TX 75266-0112** | - | | | | | | | 46.50 |
| Account No. | | | | Business Debt | | | | |
| **BONNIE L. KENNEFICK** **50 W. LESLIE LANE** **Villa Park, IL 60181** | - | | | | | | | 9,900.00 |
| Account No. | | | | Business Debt | | | | |
| **Brown's Chicken Elk Grove** **90 E Devon Ave** **Elk Grove Village, IL 60007** | - | | | | | | | 424.00 |

Sheet no. __2__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,844.31

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Brown's Chicken & Pasta, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Brown's Chicken Gift Certificates** | | - | | **Business Debt** | | | | 2,395.00 |
| Account No.<br><br>**Brown's Chicken Highland Park**<br>**2566 Skokie Valley Road**<br>**Highland Park, IL 60035-1739** | | - | | **Business Debt** | | | | 241.73 |
| Account No.<br><br>**Brown's Chicken L&C**<br>**5601 W Lawrence Ave**<br>**Chicago, IL 60630** | | - | | **Business Debt** | | | | 527.43 |
| Account No.<br><br>**Brown's Chicken Mt. Prospect**<br>**950 E Rand Rd**□□<br>**Mount Prospect, IL 60056** | | - | | **Business Debt** | | | | 173.18 |
| Account No.<br><br>**Brown's Chicken W. Joliet**<br>**2301 West Jefferson Street**<br>**Joliet, IL** | | - | | **Business Debt** | | | | 259.75 |

Sheet no. __3__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) — **3,597.09**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brown's Chicken & Pasta, Inc.**                          ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**BW PROPERTIES**<br>**PO BOX 325**<br>**Plainfield, IL 60544** | - | | **Business Debt** | | | | 800.00 |
| Account No.<br><br>**C & C PEST CONTROL**<br>**348 E NORTH AVENUE**<br>**NORTHLAKE, IL 60164-2627** | - | | **Business Debt** | | | | 127.65 |
| Account No.<br><br>**CATALYST CONSTRUCTION GROUP**<br>**2514 W. ARMITAGE SUITE 208**<br>**Chicago, IL 60647** | - | | **Business Debt** | | | | 16,214.25 |
| Account No. **xxx6139**<br><br>**CERTIFIED SECURITY**<br>**174 THORN HILL ROAD**<br>**Warrendale, PA 15086** | - | | **Business Debt** | | | | 210.00 |
| Account No.<br><br>**City of Chicago**<br>**Dept. of Revenue**<br>**22149 Network Place**<br>**Chicago, IL 60673-1221** | - | | **Business Debt** | | | | 136.91 |

Sheet no. __4__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **17,488.81**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brown's Chicken & Pasta, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx-xxx-x46-02**<br><br>**City of Des Plaines<br>Finance Dept.<br>1420 Minor St.<br>Des Plaines, IL 60016** | - | | | **Business Debt** | | | | **16.14** |
| Account No.<br><br>**CITY OF HIGHLAND PARK<br>1707 ST JOHNS AVE<br>Highland Park, IL 60035** | - | | | **Business Debt** | | | | **500.96** |
| Account No.<br><br>**CITY OF JOLIET<br>MUNICIPAL SERVICES<br>150 W. JEFFERSON ST<br>Joliet, IL 60432-4156** | - | | | **Business Debt** | | | | **600.68** |
| Account No.<br><br>**ComEd<br>Bankruptcy Dept.<br>P.O. Box 87522<br>Chicago, IL 60680** | - | | | **utility** | | | | **Unknown** |
| Account No.<br><br>**Cook County Treasurer** | - | | | **Real Estate Taxes** | | | | **45,146.12** |

Sheet no. __5___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**46,263.90**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brown's Chicken & Pasta, Inc.**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| **Dex** **Attn: Customer Care** **1615 Bluff City Hwy** **Bristol, TN 37620** | - | | | | | | | 1,409.05 |
| Account No. | | | | Business Debt | | | | |
| **DIVINCENZO SCHOENFIELD SWARTZMAN** **33 NORTH LASALLE** **29TH FLOOR** **CHICAGO, IL 60602** | - | | | | | | | 243,645.49 |
| Account No. | | | | Business Debt | | | | |
| **ELIZABETH PYKA** **3016 S. RIDGE COURT** **GRAPEVINE, TX 76051** | - | | | | | | | 400.00 |
| Account No. | | | | Business Debt | | | | |
| **F.I.G. MECHANICAL LLC** **13153 BROOKLANDS LAKE** **Plainfield, IL 60585** | - | | | | | | | 372.50 |
| Account No. | | | | Business Debt | | | | |
| **FIRECON CONSTRUCTION SERVICES, INC.** **1010 MORSE AVENUE SUITE C** **Schaumburg, IL 60193-4584** | - | | | | | | | 230.28 |

Sheet no. __6__ of __15__ sheets attached to Schedule of                    Subtotal              246,057.32
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brown's Chicken & Pasta, Inc.** _____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xx1926** | | | | | Business Debt | | | | |
| FITCH, EVEN, TABIN & FLANNERY 120 S. LASALLE STREET SUITE 1600 Chicago, IL 60603-3406 | - | | | | | | | | 839.00 |
| Account No. | | | | | Business Debt | | | | |
| FOX VALLEY FARMS, INC. 1600 DOWNS DRIVE, UNIT #3 West Chicago, IL 60185 | - | | | | | | | | 96.72 |
| Account No. | | | | | unpaid wages | | | | |
| Frank Portillo, Jr. | - | | | | | | | | 100,000.00 |
| Account No. | | | | | Business Debt | | | | |
| Gold Medal Products 450 N. York Rd. Bensenville, IL 60106-1606 | - | | | | | | | | 23.30 |
| Account No. **x4105** | | | | | Business Debt | | | | |
| GONNELLA BAKING CO. 2758 EAGLE WAY Chicago, IL 60678-1027 | - | | | | | | | | 5,694.84 |

Sheet no. __7__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**106,653.86**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brown's Chicken & Pasta, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt | | | | |
| **GROOT INDUSTRIES, INC. 2500 LANDMEIER ROAD□□ Elk Grove Village, IL 60007** | - | | | | | | | **Unknown** |
| Account No. | | | | Retailers Occupation Tax | | | | |
| **Illinois Department of Revenue Retailers Occupation Tax Springfield, IL 62796** | - | | | | | | | **20,863.00** |
| Account No. | | | | | | | | |
| **Illinois State Tollway Authority 2700 OGDEN AVE.□□ Downers Grove, IL 60515** | - | | | | | | | **566.40** |
| Account No. **xx2380** | | | | Business Debt | | | | |
| **IMAGE FIRST PROF. APPAREL 42 LUKENS DR. SUITE 100 New Castle, DE 19720-2727** | - | | | | | | | **897.88** |
| Account No. | | | | June 28, 2000 Business Debt | | | | |
| **J. Kennefick Consulting, Inc. 27 Briarwood Lane Indianhead Park, IL 60525** | - | | | | X | X | | **315,673.63** |

| Sheet no. __8__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **338,000.91** |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Brown's Chicken & Pasta, Inc.**_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| **JEFF TRZASKA 7916 W. 81ST PLACE Bridgeview, IL 60455** | | - | | | | | | **Unknown** |
| Account No. | | | | unsecured note | | | | |
| **Joan Portillo** | | - | | | | | | **7,000.00** |
| Account No. | | | | Business Debt | | | | |
| **JOSEPH TRZASKA 5447 S. HUNT STREET Summit Argo, IL 60501** | | - | | | | | | **400.00** |
| Account No. | | | | Business Debt | | | | |
| **KEATING OF CHICAGO, INC DEPARTMENT 20-8017 P.O. BOX 5998 CAROL STREAM, IL 60197** | | - | | | | | | **51.15** |
| Account No. | | | | Business Debt | | | | |
| **KORMAN/LEDERER MANAGEMENT CO 3100 DUNDEE ROAD #116 Northbrook, IL 60062** | | - | | | | | | **2,970.52** |

Sheet no. __**9**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,421.67**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Brown's Chicken & Pasta, Inc.**                                          ,     Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Business Debt | | | | |
| LEO LARA LANDSCAPING 10 E. GOLF Mount Prospect, IL 60056 | | | | | | | | 270.00 |
| Account No. | | - | | Business Debt | | | | |
| MADISON APPRAISAL, LLC. 29 SOUTH LASALLE STREET SUITE 800 Chicago, IL 60603 | | | | | | | | 1,700.00 |
| Account No. | | - | | Business Debt | | | | |
| MAHONEY ENVIRONMENTAL 37458 EAGLE WAY Chicago, IL 60678-1374 | | | | | | | | 3,114.67 |
| Account No. xxxxxxxxxx1231 | | - | | Business Debt | | | | |
| MOUNT PROSPECT PLAZA OWNER, LLC. 13987 COLLECTIONS CTR DR. Chicago, IL 60693 | | | | | | | | 25,533.43 |
| Account No. | | - | | Business Debt | | | | |
| NEOFUNDS BY NEOPOST P.O. BOX 31021 Tampa, FL 33631-3021 | | | | | | | | 489.75 |

Sheet no. __10__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **31,107.85**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brown's Chicken & Pasta, Inc.**                                      ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **utility** | | | | |
| **Nicor** 1844 Ferry Road Naperville, IL 60563 | - | | | | | | 297.30 |
| Account No. | | | **Business Debt** | | | | |
| **NRR CORPORATION** 4333 CALUMET AVENUE Hammond, IN 46327 | - | | | | | | 502.35 |
| Account No. | | | **Business Debt** | | | | |
| **Otis Spunkmeyer, Inc.** 7090 Collections Center Drive Chicago, IL 60693 | - | | | | | | 317.10 |
| Account No. | | | **Business Debt** | | | | |
| **PEPSI-COLA GEN. BOTTLING** 75 REMITTANCE DR. 1884 Chicago, IL 60675-1884 | - | | | | | | 150.00 |
| Account No. | | | **Business Debt** | | | | |
| **R.F.TECHNOLOGIES, INC.** 542 SOUTH PRAIRIE STREET Bethalto, IL 62010 | - | | | | | | 342.99 |

Sheet no. __11__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,609.74**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brown's Chicken & Pasta, Inc.**                                    ,    Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>REINHART FOODSERVICE, LLC.<br>251 CENTRAL AVENUE<br>UNIVERSITY PARK, IL 60466 | | - | Business Debt | | | | 57,669.93 |
| Account No. **xxR34W**<br><br>SAFEGUARD BUSINESS SYSTEMS<br>PO BOX 88043<br>Chicago, IL 60680-1043 | | - | Business Debt | | | | 2,070.41 |
| Account No.<br><br>SCHMIDT, SALZMAN & MORAN, LTD.<br>111 WEST WASHINGTON SUITE 1300<br>Chicago, IL 60602 | | - | Business Debt | | | | 4,512.00 |
| Account No.<br><br>SIGNMEX<br>1246 S. 56CT.<br>Cicero, IL 60804 | | - | Business Debt | | | | 550.00 |
| Account No.<br><br>SIMPLE DISTRIBUTORS L.L.C.<br>2000 W. CARROLL AVENUE SUITE 403<br>Chicago, IL 60612 | | - | Business Debt | | | | 180.66 |

Sheet no. __12__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **64,983.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Brown's Chicken & Pasta, Inc.** _____,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business Debt | | | | |
| **Staples, Inc.**<br>**P.O. BOX 83689**<br>**Chicago, IL 60696-3689** | | - | | | | | | 1,674.15 |
| Account No. | | | | Business Debt | | | | |
| **STEVE ERBY**<br>**6455 S. ARTESIAN**<br>**Chicago, IL 60629** | | - | | | | | | 10,655.50 |
| Account No. | | | | Business Debt | | | | |
| **THOMAS J. TRZASKA**<br>**P.O. BOX 1224**<br>**Chandler, AZ 85244-1224** | | - | | | | | | 600.00 |
| Account No. | | | | Business Debt | | | | |
| **THORP ASPHALT CO.**<br>**2725 W. 87TH ST.**<br>**EVERGREEN PARK, IL 60805** | | - | | | | | | 2,050.00 |
| Account No. | | | | Business Debt | | | | |
| **TIMOTHY J. TRZASKA**<br>**4354 E. RUSTIC KNOLLS**<br>**Flagstaff, AZ 86004** | | - | | | | | | 600.00 |

Sheet no. __13__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **15,579.65**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Brown's Chicken & Pasta, Inc.**                                          ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Toni Portillo** | | - | | Business Debt | | | | 800.00 |
| Account No. **xxxxx1897** <br><br> **TORVAC C/O DARLING INTL 3350 GREENFIELD ROAD Melvindale, MI 48122** | | - | | Business Debt | | | | 137.00 |
| Account No. <br><br> **UPS #47 LOCKBOX 577 Carol Stream, IL 60132-0577** | | - | | Business Debt | | | | 1.72 |
| Account No. <br><br> **Valassis Direct Mail, Inc. One Targeting Centre Windsor, CT 06095** | | - | | Business Debt | | | | 68,143.78 |
| Account No. **1315** <br><br> **VALPAK OF CHICAGO SOUTH 5101 W. 159TH ST. Oak Forest, IL 60452** | | - | | Business Debt | | | | 11,656.00 |

Sheet no. _**14**_ of _**15**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

80,738.50

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Brown's Chicken & Pasta, Inc.**                                          ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Business Debt | | | | |
| **VILLAGE OF ELK GROVE VILLAGE 901 WELLINGTON AVENUE Elk Grove Village, IL 60007** | | | | | | | | 205.91 |
| Account No. | | - | | Business Debt | | | | |
| **VILLAGE OF MOUNT PROSPECT P.O. BOX 4297 Carol Stream, IL 60197-4297** | | | | | | | | 141.18 |
| Account No. **xxxxxx1101** | | - | | Business Debt | | | | |
| **VILLAGE OF MOUNT PROSPECT 50 SOUTH EMERSON STREET Mount Prospect, IL 60056** | | | | | | | | 612.73 |
| Account No. | | - | | Business Debt | | | | |
| **WISHING WELL PLAZA C/O Z. BRODKIN 1515 ASTOR ST.,#25-C Chicago, IL 60610** | | | | | | | | 3,500.00 |
| Account No. | | | | | | | | |

Sheet no. __15__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 4,459.82 |
| Total (Report on Summary of Schedules) | | 1,112,014.97 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Brown's Chicken & Pasta, Inc.**                                                    ,   Case No. _____
                                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **A. Dammann & Associates, Inc.**<br>**8220 Mason Hill Road**<br>**Woodstock, IL 60098** | **Franchise agreement** |
| **Absum, Inc.**<br>**17129 Santee Court**<br>**Lockport, IL 60441** | **Franchise agreement** |
| **Absum, Inc.**<br>**17129 Santee Court**<br>**Lockport, IL 60441** | **sublease of 8300 S Cicero Ave Burbank IL** |
| **Acorn Food Services**<br>**2503 Royal St. George Court**<br>**Saint Charles, IL 60174** | **Franchise agreement** |
| **Across The Border, LLC**<br>**555 Iroquois Trail**<br>**Carol Stream, IL 60188** | **Franchise agreement** |
| **Across The Border, LLC**<br>**555 Iroquois Trail**<br>**Carol Stream, IL 60188** | **sublease of 1501 W North Ave Melrose Park IL** |
| **ANDREAS VLAHOS**<br>**1107 JONATHAN DR**<br>**INVERNESS, IL 60010** | **lease for 5601 W. Lawrence Ave. Chicago, IL 60630** |
| **AZY, Inc.**<br>**6530 N. Kenneth**<br>**Lincolnwood, IL 60712** | **Franchise agreement** |
| **Bonnie Kennefick**<br>**50 W. Leslie Lane**<br>**Villa Park, IL 60181** | **lease for 90 East Devon Avenue, Elk Grove Village, Illinois expires 2/28/25** |
| **Chicago Food Business, Inc.**<br>**3139 Preakness Drive**<br>**Aurora, IL 60502** | **Franchise agreement** |
| **Chmura, Inc.**<br>**6613 Martin France Circle Unit 3A**<br>**Tinley Park, IL 60477** | **Franchise agreement** |
| **Daley Ent., Inc.**<br>**21257 Sage Brush Lane**<br>**Mokena, IL 60448** | **Franchise agreements** |

**4**

\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

In re      **Brown's Chicken & Pasta, Inc.**                                                    Case No. _____
                                                                          ,
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **DeJac, Inc.**<br>**1060 Cheswick Avenue**<br>**Gurnee, IL 60031** | **Franchise agreement** |
| **Dorita, Inc.**<br>**21257 Sage Brush Lane**<br>**Mokena, IL 60448** | **Franchise agreements** |
| **Dorita, Inc.**<br>**21257 Sage Brush Lane**<br>**Mokena, IL 60448** | **sublease of 236 E Ogden Ave Downers Grove IL** |
| **ELIZABETH PYKA**<br>**3016 S. RIDGE COURT**<br>**GRAPEVINE, TX 76051** | **lease for 8300 S Cicero Ave Burbank IL** |
| **Fas Food & Caterers, Inc.**<br>**10786 Potomac Drive**<br>**Huntley, IL 60142** | **Franchise agreement** |
| **Frank Portillo, Jr**<br>**5660 S. Monroe St.**<br>**Hinsdale, IL 60521** | **Shareholders Agreement dated 12/15/1983** |
| **GE Capital**<br>**P.O. Box 3083**<br>**Cedar Rapids, IA 52406-3083** | **copier lease, expires June 2012**<br>**90133955224** |
| **Gurnee Fuel Stop, Inc.**<br>**3887 Sunset Lane**<br>**Northbrook, IL 60062** | **Franchise agreement** |
| **Highland Fling**<br>**8845 Indianapolis Blvd**<br>**Highland, IN 46322** | **Franchise agreement** |
| **Homer-Un, Inc.**<br>**21257 Sage Brush Lane**<br>**Mokena, IL 60448** | **Franchise agreements** |
| **Ittehad, Inc.**<br>**7237 W. Park Avenue**<br>**Summit Argo, IL 60501** | **Franchise agreement** |
| **J. Kennefick Consulting, Inc.**<br>**27 Briarwood Lane**<br>**Indianhead Park, IL 60525** | **Non-compete and consulting agreement expires 8/5/2013** |
| **J. Poe, Inc.**<br>**9 Cinnamon Creek Drive Unit 3N**<br>**Palos Hills, IL 60465** | **Franchise agreement** |

Sheet __1__ of __4__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re    **Brown's Chicken & Pasta, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **JEFF TRZASKA**<br>**7916 W. 81ST PLACE**<br>**Bridgeview, IL 60455** | **lease for 8300 S Cicero Ave Burbank IL** |
| **JenKar, Inc.**<br>**11736 S. Leamington**<br>**Alsip, IL 60803** | **Franchise agreement** |
| **Joseph Kennefick**<br>**27 Briarwood Lane**<br>**Indianhead Park, IL 60525** | **Shareholders Agreement dated 12/15/1983** |
| **JOSEPH TRZASKA**<br>**5447 S. HUNT STREET**<br>**Summit Argo, IL 60501** | **lease for 8300 S Cicero Ave Burbank IL** |
| **K Lee Enterprises, Inc.**<br>**2503 Royal St. George Court**<br>**Saint Charles, IL 60174** | **Franchise agreement** |
| **Kejes, Inc.**<br>**21257 Sage Brush Lane**<br>**Mokena, IL 60448** | **Franchise agreement** |
| **KORMAN/LEDERER MANAGEMENT CO**<br>**3100 DUNDEE ROAD #116**<br>**Northbrook, IL 60062** | **lease for 489 W. Fullerton Ave. Elmhurst IL 60126** |
| **L&L Restaurants, Inc.**<br>**7709 W. 65th Street**<br>**Bedford Park, IL 60501** | **Franchise agreement** |
| **Laara Foods, Inc.**<br>**8822 Mason Avenue**<br>**Morton Grove, IL 60053** | **Franchise agreement** |
| **M Enterprises, Inc.**<br>**6530 N. Kenneth**<br>**Lincolnwood, IL 60712** | **Franchise agreement** |
| **MELROSE PARK NORTH AVE LLC**<br>**C/O Z. BRODKIN**<br>**1515 ASTOR ST.,#25-C**<br>**Chicago, IL 60610** | **lease of 1501 W North Ave Melrose Park IL** |
| **Mick, Inc.**<br>**301 S. Madison St.**<br>**La Grange, IL 60525** | **Franchise agreement** |
| **Mt. Prospect Plaza LLC**<br>**c/o New Plan MP Mgmt. Co., Inc.**<br>**420 Lexington Ave., 7th Flr.**<br>**New York, NY 10170** | **Assignment of lease for 950 E. Rand Road Mt. Prospect, IL  60098** |

Sheet __2__ of __4__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Brown's Chicken & Pasta, Inc.**_____,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Neopost Leasing**<br>**478 Wheelers Farms Rd.**<br>**Milford, CT 06461** | **postage machine lease expires July 2013**<br>**06071417** |
| **Pancho's Two Inc.**<br>**14640 Waverly**<br>**Midlothian, IL 60445-2845** | **Franchise agreement** |
| **Portillo, Inc.** | **Truck lease, $8544.48 balance** |
| **Portillo, Inc.** | **Van lease, balance $1105.47** |
| **Portillo, Inc.** | **van lease, balance $1186.53** |
| **Purple Mgmt., Inc.**<br>**2000 Briar Hill Drive**<br>**Schaumburg, IL 60194** | **Franchise agreement** |
| **Shree & Shiva, Inc.**<br>**1815 N. Mura Drive**<br>**Mount Prospect, IL 60056** | **Franchise agreement** |
| **SOTER PANOS AND VICKY PANOS**<br>**513 CLAIRMONT DRIVE**<br>**DOWNERS GROVE, IL 60516** | **lease of 236 E. Ogden Ave Downers Grove IL** |
| **T.J.B., Inc.**<br>**7788 Marquette Drive South**<br>**Tinley Park, IL 60477** | **Franchise agreement** |
| **THOMAS J. TRZASKA**<br>**P.O. BOX 1224**<br>**Chandler, AZ 85244-1224** | **lease for 8300 S Cicero Ave Burbank IL** |
| **Thomas Kennefick**<br>**50 W. Leslie Lane**<br>**Villa Park, IL 60181** | **Shareholders Agreement dated 12/15/1983** |
| **TIMOTHY J. TRZASKA**<br>**4354 E. RUSTIC KNOLLS**<br>**Flagstaff, AZ 86004** | **lease for 8300 S Cicero Ave Burbank IL** |
| **Tri-Ump-Ed, Inc.**<br>**21257 Sage Brush Lane**<br>**Mokena, IL 60448** | **Franchise agreement** |
| **Triples J Sauces & Spices**<br>**629 W. Braircliff**<br>**Bolingbrook, IL 60440** | **Franchise agreement** |
| **Two Cool Guys II, Inc.**<br>**5522 Waterbury Place**<br>**Lake In The Hills, IL 60102** | **Franchise agreement** |

Sheet __3__ of __4__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Brown's Chicken & Pasta, Inc.**                                        ,   Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **WISHING WELL PLAZA C/O Z. BRODKIN**<br>**1515 ASTOR ST.,#25-C**<br>**Chicago, IL 60610** | **lease for 1495 S. Elmhurst Road Des Plaines**<br>**Illinois** |

Sheet ___4___ of ___4___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re **Brown's Chicken & Pasta, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Frank Portillo, Jr**<br>**5660 S. Monroe St.**<br>**Hinsdale, IL 60521** | **Mt. Prospect Plaza LLC**<br>**c/o New Plan MP Mgmt. Co., Inc.**<br>**420 Lexington Ave., 7th Flr.**<br>**New York, NY 10170** |
| **Frank Portillo, Jr**<br>**5660 S. Monroe St.**<br>**Hinsdale, IL 60521** | **American Express**<br>**Credit Dept.**<br>**P.O. Box 981540**<br>**El Paso, TX 79998-1540** |
| **Joan Portillo**<br>**5660 S. Monroe St.**<br>**Hinsdale, IL 60521** | **Mt. Prospect Plaza LLC**<br>**c/o New Plan MP Mgmt. Co., Inc.**<br>**420 Lexington Ave., 7th Flr.**<br>**New York, NY 10170** |
| **Joseph Kennefick**<br>**27 Briarwood Lane**<br>**Indianhead Park, IL 60525** | **Mt. Prospect Plaza LLC**<br>**c/o New Plan MP Mgmt. Co., Inc.**<br>**420 Lexington Ave., 7th Flr.**<br>**New York, NY 10170** |
| **Thomas Kennefick**<br>**50 W. Leslie Lane**<br>**Villa Park, IL 60181** | **Mt. Prospect Plaza LLC**<br>**c/o New Plan MP Mgmt. Co., Inc.**<br>**420 Lexington Ave., 7th Flr.**<br>**New York, NY 10170** |
| **Toni Portillo**<br>**5660 S. Monroe St.**<br>**Hinsdale, IL 60521** | **American Express**<br>**2965 W. CORPORATE LAKES BLVD**<br>**Weston, FL 33331-3626** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court

## Northern District of Illinois

In re   **Brown's Chicken & Pasta, Inc.** _____,   Case No. _____

Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Frank Portillo, Jr.**<br>**5660 S. Monroe St.**<br>**Hinsdale, IL 60521** | | **65%** | |
| **Thomas Kennefick**<br>**50 W. Leslie Lane**<br>**Villa Park, IL 60181** | | **35%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ___**December 29, 2009**_____   Signature **/s/ Toni Portillo** _____

**Toni Portillo**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__**0**__ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Brown's Chicken & Pasta, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                               **113**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **December 29, 2009**

**/s/ Toni Portillo**

**Toni Portillo**/**President**
Signer/Title

A. BARR SALES, INC.
8130 W. 47TH STREET
Lyons, IL 60534


A. Dammann & Associates, Inc.
8220 Mason Hill Road
Woodstock, IL 60098


Absolute Vision Productions
1785 W. Cortland Court
Addison, IL 60101


Absum, Inc.
17129 Santee Court
Lockport, IL 60441


Acorn Food Services
2503 Royal St. George Court
Saint Charles, IL 60174


Across The Border, LLC
555 Iroquois Trail
Carol Stream, IL 60188


ADVANCE GLASS SERVICE, INC.
5112 W IRVING PARK ROAD
Chicago, IL 60641


Air Tech Systems
8229 N Odell Ave
Niles, IL 60714


ALARM DETECTION SYSTEMS, INC.
1111 CHURCH ROAD
Aurora, IL 60505


ALL AMERICAN PAPER CO.
14 PLAZA DRIVE
Westmont, IL 60559


ALLIED INSURANCE
3901 W. 95TH STREET
Evergreen Park, IL 60805

American Express
Credit Dept.
P.O. Box 981540
El Paso, TX 79998-1540


American Express
2965 W. CORPORATE LAKES BLVD□□
Weston, FL 33331-3626


ANDREAS VLAHOS
1107 JONATHAN DR
INVERNESS, IL 60010


AT&T
Attn: Bankruptcy Dept.
5407 Andrews Highway
Midland, TX 79706


AT&T-AURORA
P.O. BOX 8100
Aurora, IL 60507-8100


AZY, Inc.
6530 N. Kenneth
Lincolnwood, IL 60712


BLUE MEDICARE RX
P.O. BOX 660112
Dallas, TX 75266-0112


Bonnie Kennefick
50 W. Leslie Lane
Villa Park, IL 60181


BONNIE L. KENNEFICK
50 W. LESLIE LANE
Villa Park, IL 60181


Brown's Chicken Elk Grove
90 E Devon Ave
Elk Grove Village, IL 60007


Brown's Chicken Highland Park
2566 Skokie Valley Road
Highland Park, IL 60035-1739

Brown's Chicken L&C
5601 W Lawrence Ave
Chicago, IL 60630


Brown's Chicken Mt. Prospect
950 E Rand Rd
Mount Prospect, IL 60056


Brown's Chicken W. Joliet
2301 West Jefferson Street
Joliet, IL


BW PROPERTIES
PO BOX 325
Plainfield, IL 60544


C & C PEST CONTROL
348 E NORTH AVENUE
NORTHLAKE, IL 60164-2627


CATALYST CONSTRUCTION GROUP
2514 W. ARMITAGE SUITE 208
Chicago, IL 60647


CERTIFIED SECURITY
174 THORN HILL ROAD
Warrendale, PA 15086


Chicago Food Business, Inc.
3139 Preakness Drive
Aurora, IL 60502


Chmura, Inc.
6613 Martin France Circle Unit 3A
Tinley Park, IL 60477


City of Chicago
Dept. of Revenue
22149 Network Place
Chicago, IL 60673-1221


City of Des Plaines
Finance Dept.
1420 Minor St.
Des Plaines, IL 60016

CITY OF HIGHLAND PARK
1707 ST JOHNS AVE
Highland Park, IL 60035


CITY OF JOLIET
MUNICIPAL SERVICES
150 W. JEFFERSON ST
Joliet, IL 60432-4156


ComEd
Bankruptcy Dept.
P.O. Box 87522
Chicago, IL 60680


Cook County Treasurer


Daley Ent., Inc.
21257 Sage Brush Lane
Mokena, IL 60448


DeJac, Inc.
1060 Cheswick Avenue
Gurnee, IL 60031


Dex
Attn: Customer Care
1615 Bluff City Hwy
Bristol, TN 37620


DIVINCENZO SCHOENFIELD SWARTZMAN
33 NORTH LASALLE
29TH FLOOR
CHICAGO, IL 60602


Dorita, Inc.
21257 Sage Brush Lane
Mokena, IL 60448


ELIZABETH PYKA
3016 S. RIDGE COURT
GRAPEVINE, TX 76051

F.I.G. MECHANICAL LLC
13153 BROOKLANDS LAKE
Plainfield, IL 60585


Fas Food & Caterers, Inc.
10786 Potomac Drive
Huntley, IL 60142


FIRECON CONSTRUCTION SERVICES, INC.
1010 MORSE AVENUE SUITE C
Schaumburg, IL 60193-4584


FITCH, EVEN, TABIN & FLANNERY
120 S. LASALLE STREET SUITE 1600
Chicago, IL 60603-3406


FOX VALLEY FARMS, INC.
1600 DOWNS DRIVE, UNIT #3
West Chicago, IL 60185


Frank Portillo, Jr
5660 S. Monroe St.
Hinsdale, IL 60521


GE Capital
P.O. Box 3083
Cedar Rapids, IA 52406-3083


Gold Medal Products
450 N. York Rd.
Bensenville, IL 60106-1606


GONNELLA BAKING CO.
2758 EAGLE WAY
Chicago, IL 60678-1027


GROOT INDUSTRIES, INC.
2500 LANDMEIER ROAD
Elk Grove Village, IL 60007


Gurnee Fuel Stop, Inc.
3887 Sunset Lane
Northbrook, IL 60062

Highland Fling
8845 Indianapolis Blvd
Highland, IN 46322


Illinois Department of Revenue
Retailers Occupation Tax
Springfield, IL 62796


Illinois State Tollway Authority
2700 OGDEN AVE.
Downers Grove, IL 60515


IMAGE FIRST PROF. APPAREL
42 LUKENS DR. SUITE 100
New Castle, DE 19720-2727


Ittehad, Inc.
7237 W. Park Avenue
Summit Argo, IL 60501


J. Kennefick Consulting, Inc.
27 Briarwood Lane
Indianhead Park, IL 60525


J. Poe, Inc.
9 Cinnamon Creek Drive Unit 3N
Palos Hills, IL 60465


JEFF TRZASKA
7916 W. 81ST PLACE
Bridgeview, IL 60455


JenKar, Inc.
11736 S. Leamington
Alsip, IL 60803


Joseph Kennefick
27 Briarwood Lane
Indianhead Park, IL 60525


JOSEPH TRZASKA
5447 S. HUNT STREET
Summit Argo, IL 60501

K Lee Enterprises, Inc.
2503 Royal St. George Court
Saint Charles, IL 60174


KEATING OF CHICAGO, INC
DEPARTMENT 20-8017
P.O. BOX 5998
CAROL STREAM, IL 60197


KORMAN/LEDERER MANAGEMENT CO
3100 DUNDEE ROAD #116
Northbrook, IL 60062


L&L Restaurants, Inc.
7709 W. 65th Street
Bedford Park, IL 60501


Laara Foods, Inc.
8822 Mason Avenue
Morton Grove, IL 60053


LEO LARA LANDSCAPING
10 E. GOLF
Mount Prospect, IL 60056


M Enterprises, Inc.
6530 N. Kenneth
Lincolnwood, IL 60712


MADISON APPRAISAL, LLC.
29 SOUTH LASALLE STREET SUITE 800
Chicago, IL 60603


MAHONEY ENVIRONMENTAL
37458 EAGLE WAY
Chicago, IL 60678-1374


MELROSE PARK NORTH AVE LLC
C/O Z. BRODKIN
1515 ASTOR ST.,#25-C
Chicago, IL 60610


Mick, Inc.
301 S. Madison St.
La Grange, IL 60525

MOUNT PROSPECT PLAZA OWNER, LLC.
13987 COLLECTIONS CTR DR.
Chicago, IL 60693


Mt. Prospect Plaza LLC
c/o New Plan MP Mgmt. Co., Inc.
420 Lexington Ave., 7th Flr.
New York, NY 10170


NEOFUNDS BY NEOPOST
P.O. BOX 31021
Tampa, FL 33631-3021


Neopost Leasing
478 Wheelers Farms Rd.
Milford, CT 06461


Nicor
1844 Ferry Road
Naperville, IL 60563


Nicor
4S575 EOLA ROAD
Aurora, IL 60504


NRR CORPORATION
4333 CALUMET AVENUE
Hammond, IN 46327


Otis Spunkmeyer, Inc.
7090 Collections Center Drive
Chicago, IL 60693


Pancho's Two Inc.
14640 Waverly
Midlothian, IL 60445-2845


PEPSI-COLA GEN. BOTTLING
75 REMITTANCE DR. 1884
Chicago, IL 60675-1884


Portillo, Inc.
5660 S. Monroe
Hinsdale, IL 60521

Purple Mgmt., Inc.
2000 Briar Hill Drive
Schaumburg, IL 60194


R.F.TECHNOLOGIES, INC.
542 SOUTH PRAIRIE STREET
Bethalto, IL 62010


REINHART FOODSERVICE, LLC.
251 CENTRAL AVENUE
UNIVERSITY PARK, IL 60466


SAFEGUARD BUSINESS SYSTEMS
PO BOX 88043
Chicago, IL 60680-1043


SCHMIDT, SALZMAN & MORAN, LTD.
111 WEST WASHINGTON SUITE 1300
Chicago, IL 60602


Shree & Shiva, Inc.
1815 N. Mura Drive
Mount Prospect, IL 60056


SIGNMEX
1246 S. 56CT.
Cicero, IL 60804


SIMPLE DISTRIBUTORS L.L.C.
2000 W. CARROLL AVENUE SUITE 403
Chicago, IL 60612


SOTER PANOS AND VICKY PANOS
513 CLAIRMONT DRIVE
 DOWNERS GROVE, IL 60516


Staples, Inc.
P.O. BOX 83689
Chicago, IL 60696-3689


STEVE ERBY
6455 S. ARTESIAN
Chicago, IL 60629

T.J.B., Inc.
7788 Marquette Drive South
Tinley Park, IL 60477


THOMAS J. TRZASKA
P.O. BOX 1224
Chandler, AZ 85244-1224


Thomas Kennefick
50 W. Leslie Lane
Villa Park, IL 60181


THORP ASPHALT CO.
2725 W. 87TH ST.
EVERGREEN PARK, IL 60805


TIMOTHY J. TRZASKA
4354 E. RUSTIC KNOLLS
Flagstaff, AZ 86004


TORVAC C/O DARLING INTL
3350 GREENFIELD ROAD
Melvindale, MI 48122


Triples J Sauces & Spices
629 W. Braircliff
Bolingbrook, IL 60440


Two Cool Guys II, Inc.
5522 Waterbury Place
Lake In The Hills, IL 60102


UPS #47
LOCKBOX 577
Carol Stream, IL 60132-0577


Valassis Direct Mail, Inc.
One Targeting Centre
Windsor, CT 06095


VALPAK OF CHICAGO SOUTH
5101 W. 159TH ST.
Oak Forest, IL 60452

```
VILLAGE OF ELK GROVE VILLAGE
901 WELLINGTON AVENUE
Elk Grove Village, IL 60007


VILLAGE OF MOUNT PROSPECT
P.O. BOX 4297
Carol Stream, IL 60197-4297


VILLAGE OF MOUNT PROSPECT
50 SOUTH EMERSON STREET
Mount Prospect, IL 60056


WISHING WELL PLAZA C/O Z. BRODKIN
1515 ASTOR ST.,#25-C
Chicago, IL 60610
```