B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Brown's Chicken & Pasta, Inc.**                Case No.    **09-49094**

Debtor(s)          Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Absolute Vision Productions 1785 W. Cortland Court Addison, IL 60101 | Absolute Vision Productions 1785 W. Cortland Court Addison, IL 60101 | Business Debt | | 20,000.00 |
| American Express 2965 W. CORPORATE LAKES BLVD Weston, FL 33331-3626 | American Express 2965 W. CORPORATE LAKES BLVD Weston, FL 33331-3626 | Business Debt | | 95,679.41 |
| ANDREAS VLAHOS 1107 JONATHAN DR INVERNESS, IL 60010 | ANDREAS VLAHOS 1107 JONATHAN DR INVERNESS, IL 60010 | Business Debt | | 14,966.86 |
| BONNIE L. KENNEFICK 50 W. LESLIE LANE Villa Park, IL 60181 | BONNIE L. KENNEFICK 50 W. LESLIE LANE Villa Park, IL 60181 | Business Debt | | 9,900.00 |
| CATALYST CONSTRUCTION GROUP 2514 W. ARMITAGE SUITE 208 Chicago, IL 60647 | CATALYST CONSTRUCTION GROUP 2514 W. ARMITAGE SUITE 208 Chicago, IL 60647 | Business Debt | | 16,214.25 |
| Cook County Treasurer | Cook County Treasurer | Real Estate Taxes | | 45,146.12 |
| DIVINCENZO SCHOENFIELD SWARTZMAN 33 NORTH LASALLE 29TH FLOOR CHICAGO, IL 60602 | DIVINCENZO SCHOENFIELD SWARTZMAN 33 NORTH LASALLE 29TH FLOOR CHICAGO, IL 60602 | Business Debt | | 243,645.49 |
| Frank Portillo, Jr. | Frank Portillo, Jr. | unpaid wages | | 100,000.00 |
| GONNELLA BAKING CO. 2758 EAGLE WAY Chicago, IL 60678-1027 | GONNELLA BAKING CO. 2758 EAGLE WAY Chicago, IL 60678-1027 | Business Debt | | 5,694.84 |
| Illinois Department of Revenue Retailers Occupation Tax Springfield, IL 62796 | Illinois Department of Revenue Retailers Occupation Tax Springfield, IL 62796 | Retailers Occupation Tax | | 20,863.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Brown's Chicken & Pasta, Inc.**                                      Case No.    **09-49094**
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| J. Kennefick Consulting, Inc.<br>27 Briarwood Lane<br>Indianhead Park, IL 60525 | J. Kennefick Consulting, Inc.<br>27 Briarwood Lane<br>Indianhead Park, IL 60525 | **Business Debt** | **Contingent Unliquidated** | **315,673.63** |
| Joan Portillo | Joan Portillo | **unsecured note** | | **7,000.00** |
| MOUNT PROSPECT PLAZA OWNER, LLC.<br>13987 COLLECTIONS CTR DR.<br>Chicago, IL 60693 | MOUNT PROSPECT PLAZA OWNER, LLC.<br>13987 COLLECTIONS CTR DR.<br>Chicago, IL 60693 | **Business Debt** | | **25,533.43** |
| REINHART FOODSERVICE, LLC.<br>251 CENTRAL AVENUE<br>UNIVERSITY PARK, IL 60466 | REINHART FOODSERVICE, LLC.<br>251 CENTRAL AVENUE<br>UNIVERSITY PARK, IL 60466 | **Business Debt** | | **57,669.93** |
| SCHMIDT, SALZMAN & MORAN, LTD.<br>111 WEST WASHINGTON SUITE 1300<br>Chicago, IL 60602 | SCHMIDT, SALZMAN & MORAN, LTD.<br>111 WEST WASHINGTON SUITE 1300<br>Chicago, IL 60602 | **Business Debt** | | **4,512.00** |
| STEVE ERBY<br>6455 S. ARTESIAN<br>Chicago, IL 60629 | STEVE ERBY<br>6455 S. ARTESIAN<br>Chicago, IL 60629 | **Business Debt** | | **10,655.50** |
| Thomas Kennefick<br>50 W. Leslie Lane<br>Villa Park, IL 60181 | Thomas Kennefick<br>50 W. Leslie Lane<br>Villa Park, IL 60181 | **Judgment** | **Contingent Unliquidated Disputed** | **882,000.00** |
| Valassis Direct Mail, Inc.<br>One Targeting Centre<br>Windsor, CT 06095 | Valassis Direct Mail, Inc.<br>One Targeting Centre<br>Windsor, CT 06095 | **Business Debt** | | **68,143.78** |
| VALPAK OF CHICAGO SOUTH<br>5101 W. 159TH ST.<br>Oak Forest, IL 60452 | VALPAK OF CHICAGO SOUTH<br>5101 W. 159TH ST.<br>Oak Forest, IL 60452 | **Business Debt** | | **11,656.00** |
| WISHING WELL PLAZA C/O Z. BRODKIN<br>1515 ASTOR ST.,#25-C<br>Chicago, IL 60610 | WISHING WELL PLAZA C/O Z. BRODKIN<br>1515 ASTOR ST.,#25-C<br>Chicago, IL 60610 | **Business Debt** | | **3,500.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Brown's Chicken & Pasta, Inc.**                                    Case No.    **09-49094**

                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **December 30, 2009**                      Signature   **/s/ Toni Portillo**

                                                            **Toni Portillo**
                                                            **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy