# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Brown's Chicken & Pasta, Inc., | ) | |
| Debtor | ) | Case No. 09-49094 |
| | ) | Judge: Jacqueline P. Cox |
| | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, January 5th, 2009, at the hour of 9:30 a.m., I shall appear before the Honorable Jacqueline Cox, or any judge sitting in her stead, in Courtroom 619 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois and then and there present MOTION FOR ORDER APPROVING CASH-MANAGEMENT SYSTEM, which is attached.

Respectfully submitted,

By: /s/ Richard N. Golding
Attorney for the Debtor

Richard N. Golding, Esq. (ARDC# 0992100)
Jonathan D. Golding, Esq. (ARDC# 6299876)
THE GOLDING LAW OFFICES, PC
500 N. Dearborn Street, 2nd Floor
Chicago, IL 60654
Tel: (312) 832-7885
Fax: (312) 755-5720
Email: rgolding@goldinglaw.net


STATE OF ILLINOIS    )
                     )
COUNTY OF COOK       )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a copy of the attached MOTION FOR ORDER APPROVING CASH-MANAGEMENT SYSTEM with attached proposed order to be filed with the Clerk of the U. S. Bankruptcy Court, Northern District of Illinois, using the CM/ECF filing system on this 30th day of December, 2009 and by mailing postage pre-paid with the U. S. Post Office at 500 N. Dearborn Street, Chicago, IL 60654 to:

Absolute Vision Productions
1785 W. Cortland Court
Addison, IL 60101

American Express
2965 W. CORPORATE LAKES BLVD
Weston, FL 33331-3626

ANDREAS VLAHOS
1107 JONATHAN DR
INVERNESS, IL 60010

BONNIE L. KENNEFICK
50 W. LESLIE LANE
Villa Park, IL 60181

CATALYST CONSTRUCTION GROUP
2514 W. ARMITAGE SUITE 208
Chicago, IL 60647

Cook County Treasurer
118 N. Clark St., Suite 112
Chicago, IL 60602

DIVINCENZO SCHOENFIELD
SWARTZMAN
33 NORTH LASALLE
29TH FLOOR
CHICAGO, IL 60602

GONNELLA BAKING CO.
2758 EAGLE WAY
Chicago, IL 60678-1027

Illinois Department of Revenue
Retailers Occupation Tax
Springfield, IL 62796

J. Kennefick Consulting, Inc.
27 Briarwood Lane
Indianhead Park, IL 60525

Mt. Prospect Plaza LLC
c/o New Plan MP Mgmt. Co., Inc.
420 Lexington Ave., 7th Flr.
New York, NY 10170

REINHART FOODSERVICE, LLC.
251 CENTRAL AVENUE
UNIVERSITY PARK, IL 60466

SCHMIDT, SALZMAN & MORAN, LTD.
111 WEST WASHINGTON SUITE 1300
Chicago, IL 60602

STEVE ERBY
6455 S. ARTESIAN
Chicago, IL 60629

Thomas Kennefick
50 W. Leslie Lane
Villa Park, IL 60181

Valassis Direct Mail, Inc.
One Targeting Centre
Windsor, CT 06095

VALPAK OF CHICAGO SOUTH
5101 W. 159TH ST.
Oak Forest, IL 60452

WISHING WELL PLAZA C/O Z.
BRODKIN
1515 ASTOR ST.,#25-C
Chicago, IL 60610

By: /s/ Richard N. Golding

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: ) | | Chapter 11 |
| ) | | |
| Brown's Chicken & Pasta, Inc., ) | | |
| Debtor ) | | Case No. 09-49094 |
| ) | | Judge: Jacqueline P. Cox |
| ) | | |

**MOTION FOR ORDER APPROVING CASH-MANAGEMENT SYSTEM**

NOW COMES Brown's Chicken & Pasta, Inc., Debtor herein, through its attorneys The Golding Law Offices, P.C., Richard N. Golding and Jonathan D. Golding, and pursuant to 11 U.S.C. §105, 11 U.S.C. §363, and 11 U.S.C. §364, moves this court to authorize the continuing use of its existing cash-management system, including existing bank accounts, checks and forms, and in support thereof states as follows:

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §1334 and Local Rule 4.3.1 of the Rules of the U.S. District Court for the Northern District of Illinois and 11 U.S.C. §362.

2. This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2)(G). Venue for this proceeding is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.

3. Authority for this authorization derives from 11 U.S.C. §105, 11 U.S.C. §363, and 11 U.S.C. §364.

4. The Debtor seeks authority to continue utilizing its current centralized cash-management system. Given the complexity of the Debtor's business, a successful reorganization may be thwarted if there is a substantial disruption in the Debtor's cash-management procedures. It is essential, therefore, that the Debtor is permitted to continue to utilize its existing cash-management system and the transfer of monies from entity to entity as needed and in the amounts necessary to continue the operation of the business in the ordinary course.

5. The basic structure of the Debtor's cash-management system has been utilized by the Debtor for a number of years and constitutes the Debtor's ordinary, usual and essential business practices. The cash-management system is similar to those commonly employed by corporate enterprises comparable to the Debtor in size and complexity.

6. As a franchisor, Debtor maintains multiple bank accounts through which it fulfills its obligations to its franchisees. Opening new DIP accounts and propagating the new account information would be unnecessary and burdensome to the Debtor's estate, as well as expensive and disruptive to the Debtor's business operations. For these reasons, the Debtor requests that it be authorized to continue using its existing bank accounts.

7. Parties doing business with the Debtor undoubtedly will be aware, as a result of the size of these cases, communications from senior management to vendors, and the press release issued by the Debtor, of the Debtor's status as Chapter 11 DIPs. Changing correspondence and business forms would be unnecessary and burdensome to the Debtor's estate, as well as expensive and disruptive to the Debtor's business operations. For these reasons, the Debtor requests that it be authorized to use its respective checks and business forms without placing the label "debtor-in-possession" on each such check or form.

WHEREFORE, Brown's Chicken & Pasta, Inc., debtor herein, hereby prays that it be granted an order approving the continued use of their existing cash-management system, including bank accounts, checks, and forms, effective from the date of the filing of the petition, and whatever other relief as this court shall deem necessary.

Respectfully submitted,

By: /s/ Richard N. Golding
Attorney for the Debtor

Richard N. Golding, Esq. (ARDC# 0992100)
Jonathan D. Golding, Esq. (ARDC# 6299876)
THE GOLDING LAW OFFICES, PC
500 N. Dearborn Street, 2nd Floor
Chicago, IL 60654
Tel: (312) 832-7885
Fax: (312) 755-5720
Email: rgolding@goldinglaw.net