UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BROWN'S CHICKEN & PASTA, INC., | ) | Case No: 09-49094 |
| | ) | |
| | ) | Honorable Jacqueline P. Cox |
| Debtor. | ) | |

ORDER SETTING FINAL HEARING ON OBJECTION TO
CLAIM 31 OF SOTER AND VICKY PANOS

This matter coming before the Court on the Objection of the Liquidating Trustee Howard Korenthal (the "**Liquidating Trustee**") to Claim 31 of Soter and Vicky Panos in the amount of $10,315.70 (Doc# 285); the Objection having been continued from time to time; the Court having been advised in the premises:

IT IS HEREBY ORDERED that:

1. The Liquidating Trustee's Objection to Claim 31 of Soter and Vicky Panos is continued for final hearing on September 8, 2011 at 10:00 a.m.;

2. Prior to September 8, 2011, Soter and Vicky Panos shall produce to counsel for Liquidating Trustee an itemization of its claim, segregated by dates and basis, such as rent, taxes, or other charges which shall be specified, and referencing the provisions in the lease and providing other documents such as tax bills which support such bases.

Entered: August 11, 2011

_____
The Honorable Jacqueline P. Cox

033785.0001 Doc#39