# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BROWN'S CHICKEN & PASTA, INC., | ) | Case No: 09-49094 |
| | ) | |
| | ) | Honorable Jacqueline P. Cox |
| Debtor. | ) | |

## FINAL DECREE CLOSING CASE

Upon the Motion of Howard Korenthal (the "**Trustee**"), as the Trustee of Liquidating Trust (the "**Liquidating Trust**), for entry of a final decree closing this bankruptcy case (the "**Motion**"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and that this is a core proceeding pursuant to 28 U.S.C. § 157; and the Court being satisfied that the estate of the Debtor has been fully administered within the meaning of § 350 of the Bankruptcy Code; and due and proper notice of the Motion having been given; and after due deliberation and sufficient cause appearing therefore, it is HEREBY ORDERED:

1. The bankruptcy case of Brown's Chicken & Pasta, Inc., case no. 09-49094, shall be closed as provided for in Bankruptcy Rule 3022, effective as of the date of this order;

2. Notice of the Motion as actually provided is sufficient;

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order and the implementation of the First Amended Plan of Reorganization confirmed by prior order of this Court (the "**Plan**") and the Liquidating Trust;

4. The Trustee shall continue to perform his duties under the Liquidating Trust and to enforce and comply with the terms of the Plan, distributing the remaining assets of the Liquidating Trust.

Entered: ~~February~~ Dec. 12, 2012

_____
The Honorable Jacqueline P. Cox